# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | **CRIMINAL NO. 05-0184 -CG** |
| ) | |
| **MICHAEL MAURICE WHELAN,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

This matter is before the court on the motion of defendant, Michael Maurice Whelan, to suppress and dismiss. (Doc 13). Defendant's motion alleges no grounds for dismissal. Therefore, defendant's motion to dismiss is **DENIED**.

As to defendant's motion to suppress, the United States is **ORDERED** to respond to the motion **on or before August 5, 2005.**

**DONE** and **ORDERED** this 25th day of July, 2005.

　　　　　　　　　　　　　　　　　　 /s/ Callie V. S. Granade
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE